# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-2871

_____

Bobby Joe Olles,

    Appellant,

    v.

Larry Norris, Director, Arkansas
Department of Correction;
Harley Lappin; Ray Carnahan,
United States Marshal Service;
Randy Johnson, Sheriff, Pulaski
County Detention Facility,

    Appellees.

\*
\*
\*
\*
\* Appeal from the United States
\* District Court for the Eastern
\* District of Arkansas.
\*
\*  [UNPUBLISHED]
\*
\*
\*
\*
\*
\*

_____

Submitted: November 2, 2009
Filed: November 13, 2009

_____

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

_____

PER CURIAM.

  Bobby Joe Olles (Olles) appeals the district court's[1] denial of his motion under Federal Rule of Civil Procedure 60(b). Having carefully reviewed the record and Olles's arguments, we find the district court did not abuse its discretion. See Jones

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.

v. Swanson, 512 F.3d 1045, 1048 (8th Cir. 2008) (explaining that the district court has wide discretion in ruling on a Rule 60(b) motion and will be reversed only for clear abuse of that discretion).  We affirm.  See 8th Cir. R. 47B.

_____